UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> DEFENDANT(S). | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES) |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_____                    _/s/_____
Date                                        United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                    _____
Date                                        United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case _____ and the present case:

☐ A.   Arise from the same or closely related transactions, happenings or events; or
☐ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*