Joel A. Kauth, CA Bar No. 186544
E-mail: joel.kauth@kppb.com
Mark Yeh, CA Bar No. 307181
E-mail: mark.yeh@kppb.com
KPPB LLP
2190 S. Towne Centre Place, Suite 300
Anaheim, CA 92806
PH:    (949) 852-0000
Fax:   (949) 852-0004

Attorneys for Plaintiffs Steve Neville,
Substructure Support, Inc., and
TDP Support, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., and TDP SUPPORT, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FOUNDATION CONSTRUCTORS, INC. and FOUNDATION PILE, INC.<br><br>        Defendants. | Case No. 5:17-cv-02507-AG (AGRx)<br><br>**DECLARATION OF STEVE NEVILLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Andrew J. Guilford<br><br>RONALD REAGAN FEDERAL BUILDING AND UNITED STATES COURTHOUSE<br>411 WEST 4TH STREET<br>SANTA ANA, CA 92701-4516<br><br>Date: August 19, 2019<br>Time: 10:00 AM<br>Place: Courtroom 10D |

I, Steve Neville, declare:

## I.   <u>Qualifications, Experience, and Publications</u>

1.     I submit this Declaration in support of plaintiffs STEVE NEVILLE's ("Neville"), SUBSTRUCTURE SUPPORT, INC.'s ("Substructure"), and TDP SUPPORT, INC.'s ("TDP") (altogether, "Plaintiffs") opposition to defendants' motion for summary judgment of infringement (Dkt. No. 51).

2.     I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently to the facts stated herein.

3.     I started working on idea for screw pile support system in approximately 2002.

4.     I experimented with a variety of prototypes, fabricating different tips, and testing them in different soil.

5.     In approximately March 2003, I was still developing my invention.

6.     I offered to do a very small foundation job called Benchmark Builders.

7.     Because my invention was experimental, I had to get approval from the City of Los Angeles to use my system.

8.     The City of Los Angeles referred to my system as "experimental."  I understand that a copy of an October 2, 2003 letter from the City of Los Angeles has already been filed with the Court as D.E. 57-1, pp. 46-51.  On the second page of the letter, it states: "The previous and current reports continuously recommend the use of a new, experimental pile system in lieu of conventional driven piles…."

9.     I continued to experiment on the Benchmark Builders job, using several different types of tips.

10.     Attached as Exhibit A are photographs that fairly and accurately depict some of the prototypes that I used on the Benchmark Builders job.

11.     After completing the Benchmark Builders job, I was still not sure the current version of my invention would work for its intended purpose.

12.     I continued to test my invention and experiment with different variations at the Playa Vista site.

13.     Attached as Exhibit B are photographs that fairly and accurately depict some of the prototypes that I experimented with on the Playa Vista site. These photographs were taken in the time frame of mid-2004.

14.     I continued to test different variations, including tips with extended square shafts.

15.     I continued to experiment with changing the placement of cutter teeth, point shafts and helical flights.

16.     At that time, we were fabricating each tip individually.

17.     I also experimented with using different equipment to drive the tips in order to ascertain the best configuration for the tip.

18.     In approximately June 2004, I was approached about doing a job at a location called Fourth Street in the San Francisco area.

19.     The job owner had heard of my experimental system and was willing to try it.

20.     Knowing it to be experimental, he offered me the opportunity to perform a test pile program.

21.     Knowing my system to still be experimental, he said I would not be paid if the system did not work.

22.     The test pile program consisted of approximately two piles.  I continued to test and experiment with different configurations during the test program.

23.     Attached as Exhibit C are photographs that fairly and accurately depict some of the prototypes that I experimented with on the Fourth Street test pile program.  These photographs were taken in the time frame of May through

September 2004.

24.     In particular, the photographs depicted in Exhibit C show a further test design of the pile tip with two additional helical flights attached to the tubular pile at the Fourth Street project.  This design was tested to ascertain if sufficient uplift capacities could be achieved, but failed as the large flights instead disturbed the soil and lowered the load capacity.

25.     I also made changes to the driver tool and adapter portion of my invention, changing it from fitting outside the pile to fitting inside the pile.

26.     The production program consisted of approximately 800 piles.

27.     At that time, we were still fabricating each tip individually.

28.     In approximately September 2004, when the production portion of the Fourth Street job was to start, I had confirmed the particular configuration of my invention that I believed would work for its intended purpose.

29.     In March 2005, I filed a provisional patent application for my invention.

30.     In approximately September 2005, I placed an order to have a set of tips fabricated in China in accordance with one embodiment of my invention.

31.      Since then, I have found a new supplier for tips.

32.     I have licensed my patents to my company TDP Support, Inc. to have Torque Down® pile tips manufactured.

33.     The Torque Down® pile tips are components of my patented system that at a minimum, requires a tip and a pile.

34.     I have licensed my patents to my company Substructure Support, Inc. ("SSI") to use the Torque Down® pile tips in a patented system, and install the Torque Down® pile tips using the patented methods.

35.     Since 2005, my invention has been commercially successful.

36.     I have used approximately 13,000 tips that were made in accordance with one embodiment of my invention.

37.     I have used my invention on approximately 80 jobs between 2005 and the present.

38.     I started working on my invention back in 2002 because I thought that there was a need for an alternative pile system that could provide good load capacities using smaller piles.

39.     Initially, it was very difficult to get approval to use my system, as most geotechnical engineers were skeptical whether it would work.

40.     However, once my system passes the load testing, the engineers are generally more accepting.

41.     Over the years, several engineers have become familiar with my system and recommend it on jobs.

42.     SSI has been the main user of my patented system and methods.

43.     SSI was founded in November 2005.

44.     Terry Cowhey was the original RMO for SSI.

45.     Mr. Cowhey promoted TDP technology to several perspective customers through his established contacts and managed construction activities for SSI by making technical and administrative decisions on selected jobs.

46.     In May 2012, Wesley Dial became RMO for SSI.

47.     Over the years, SSI has had some financial struggles.

48.     When SSI did not have jobs lined up to perform, it often had no employees.

49.     When it needed employees for jobs, it would get them through the appropriate union.

50.     It would then also put in place the necessary workers' compensation insurance.

51.     Sometimes, SSI was slow in providing paperwork to the Contractor's State Licensing Board.

52.     This resulted in a number of administrative license suspensions

between 2011 and 2014.

     53.    In all cases, the cause for the suspension was addressed, and the suspension lifted.

     54.    During the period from Dec. 2011 to the present, SSI was capable of performing jobs each year.

     55.    From 2011 to 2013, SSI was involved in a venture with Magco Drilling, Inc.

     56.    During that time, SSI was still able to perform jobs.

     57.    While involved with Magco, SSI sometimes used Magco employees to perform jobs.

     58.    SSI only bids jobs that it expects it will be able to perform.

     59.    SSI bid on the Lake Merritt 10th Street job.

     60.    If awarded the bid, SSI could and would have performed the Lake Merritt 10th Street job.

     61.    SSI bid on the SFO ATCT job.

     62.    If awarded the bid, SSI could and would have performed the SFO ATCT job.

     63.    SSI bid on the SFO Terminal 1 job.

     64.    If awarded the bid, SSI could and would have performed the SFO Terminal 1 job.

     65.    SSI bid on the SFO Terminal 2 (Boarding Area D) job.

     66.    If awarded the bid, SSI could and would have performed the SFO Terminal 2 (Boarding Area D) job.

     67.    SSI bid on the St Bernardine test pile job.

     68.    If awarded the bid, SSI could and would have performed the St Bernardine test pile job.

     69.    SSI bid on the St Bernardine production pile job.

     70.    If awarded the bid, SSI could and would have performed the St

1    Bernardine production pile job.

2         71.    SSI bid on the 2060 Folsom job.

3         72.    If awarded the bid, SSI could and would have performed the 2060

4    Folsom job.

5         73.    SSI bid on the Family Justice Center job.

6         74.    If awarded the bid, SSI could and would have performed the Family

7    Justice Center job.

8         75.    I have always bid in the same manner since the inception of

9    Substructure Support, Inc. Using this manner of bidding, the Torque Down® pile

10   has been used on approximately 80 jobs and is commercially successful.

11   Substructure has won bids where it was not the lowest, proposed an alternate

12   piling system, or used Substructure's own custom bid form.

13

14        I declare under penalty of perjury under the laws of the United States of

15   America that the foregoing is true and correct.

16        Executed on July 29, 2019, in Anaheim, California.

17

18                                    By: /s/ _____

19                                         Steve Neville

20

21

22

23

24

25

26

27

28

KPPB LLP     NEVILLE DECL. ISO PLS.' OPP.        7      32