# EXHIBIT A



SS-FDN-007513

*Exhibit A*  *Page 5*



*Exhibit A*



SS-FDN-007525

*Page 7*

*Exhibit A*

















*Exhibit A*                                                                                                         *Page 15*

SS-FDN-007634





SS-FDN-007663

*Exhibit A*  *Page 17*





