# EXHIBIT C

*Exhibit C*                                                                                           *Page 25*



*Exhibit C*  *Page 26*



*Exhibit C*　　　*Page 27*



*Exhibit C*                                                                                                                              *Page 28*


*Exhibit C*  *Page 29*