**DENIED
BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., and TDP SUPPORT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDATION CONSTRUCTORS, INC. and FOUNDATION PILE, INC. <br><br> Defendants. | Case No. 5:17-cv-02507-AG (AGRx) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE FINAL PRE-TRIAL CONFERENCE DATE AND TRIAL DATE, AND EXTEND ALL PRE-TRIAL DEADLINES BY 35 DAYS** <br><br> Hon. Andrew J. Guilford |

## [PROPOSED] ORDER

Having considered the parties' Joint Stipulation to Continue the Final Pre-Trial Conference Date and Trial Date, and Extend All Pre-Trial Deadlines by 35 Days, and finding good cause therefore,

IT IS HEREBY ORDERED THAT the parties' Joint Stipulation to Continue the Final Pre-Trial Conference Date and Trial Date, and Extend All Pre-Trial Deadlines by 35 Days is GRANTED, and that the new date for the Final Pre-Trial Conference date is set for Monday, October 21, 2019, the new trial date is set for November 12, 2019, and that all pre-trial deadlines shall be extended by 35 days.

Dated: August 27, 2019

**DENIED
BY ORDER OF THE COURT**

_____
Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE