# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., and TDP SUPPORT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FOUNDATION CONSTRUCTORS, INC. and FOUNDATION PILE, INC. <br><br> Defendants. | Case No. 5:17-cv-02507-AG (AGRx) <br><br> **ORDER GRANTING JOINT STIPULATION TO JOINT STIPULATION TO DISMISS REMAINING CLAIMS UNDER FED. R. CIV. P. RULE 41(a)(1)(A)(ii)** <br><br> Hon. Andrew J. Guilford |

## ORDER

Having considered the parties' Joint Stipulation to Dismiss Remaining Claims under Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), and finding good cause therefore,

IT IS HEREBY ORDERED THAT the parties' Joint Stipulation to Dismiss Remaining Claims under Fed. R. Civ. P. Rule 41 (a)(1)(A)(ii) is GRANTED. Plaintiffs' remaining claims of infringement as against defendants' EDTTEX ED1 claims are now dismissed without prejudice.

Dated: September 27, 2019

_____
Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE