UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., and TDP SUPPORT, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FOUNDATION CONSTRUCTORS, INC. and FOUNDATION PILE, INC.<br>  Defendants. | Case No. 5:17-cv-02507-AG (AGRx)<br>**FINAL JUDGMENT**<br>Hon. Andrew J. Guilford |

### FINAL JUDGMENT

Having determined the parties' motions for summary judgment (*see* D.E. 88), and having granted the parties' Joint Stipulation to Dismiss Remaining Claims under Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the Court ORDERS AND ADJUDGES as follows:

1. Final Judgment is entered in favor of defendants Foundation Constructors, Inc. and Foundation Pile, Inc. ("Defendants"), and against plaintiffs Steve Neville, Substructure Support, Inc., and TDP Support, Inc. ("Plaintiffs").

2. With respect to Defendants' EDTTEX ED2M and ED3 products,

Defendants do not infringe claims 1-6, 25-29, 31, and 39 of U.S. Patent No. 9,284,708 ("the '708 patent ").

3. With respect to Defendants' EDTTEX ED2M and ED3 products, Defendants do not infringe claims 1, 2, 4, 6-9, 16-20, 22-30, 32, and 33 of U.S. Patent No. 7,914,236 ("the '236 patent").

4. Plaintiff's claims for infringement of claims 1-6, 25-29, 31, and 39 of the '708 patent and of claims 1, 2, 4, 6-9, 16-20, 22-30, 32, and 33 of the '236 patent as against Defendants' EDTTEX ED1 product are dismissed without prejudice.

5. Defendants Foundation Constructors, Inc. and Foundation Pile, Inc. shall recover costs from Plaintiffs.

6. The Court retains jurisdiction over this cause and over the parties for the purposes of entering all further post-judgment orders that are just and proper.

DONE AND ORDERED in Chambers at Anaheim, California, this 27th day of September 2019.

Dated: September 27, 2019

Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE