**RECEIVED**
CLERK, U.S. DISTRICT COURT

8/27/20

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MAT\_\_\_\_\_ DEPUTY

# United States Court of Appeals for the Federal Circuit

---

**STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., TDP SUPPORT, INC.,**

*Plaintiffs-Appellants*

v.

**FOUNDATION CONSTRUCTORS, INC., FOUNDATION PILE, INC.,**

*Defendants-Appellees*

---

2020-1132

---

Appeal from the United States District Court for the Central District of California in No. 5:17-cv-02507-AG-AGR, Judge Andrew J. Guilford.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

August 27, 2020   /s/ Peter R. Marksteiner
                  Peter R. Marksteiner
                  Clerk of Court